■ HONEY MANN v. COMPANIA PETROLEARA TRANS-CUBA, S. A.— Motion to dismiss appeal granted, with $10 costs, unless the appellant Armando Soto procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WALSH.— Motion for an order adding appeal to the June 1962 Calendar of this court denied in all respects.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL GALLELLA.— Motion for adjournment granted and the argument of the appeal is hereby adjourned to the September 1962 Term of this court.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ SHIRLEY FASTENBERG, Also Known as SHIRLEY F. SILFEN, v. ESSBEE ESTATES, INC., et al.— Motion to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of the illegible exhibits, on condition that six typewritten copies of such omitted exhibits are filed with this court simultaneously with the filing of the record on appeal.  In all other respects, the motion is denied.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of RALPH H. WIENER et al. v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for adjournment granted and the argument of the appeal is hereby adjourned to the September 1962 Term of this court.  Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ (A) ISIDORE STRULSON v. LESTER POLLACK et al.  Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.  (B) In the Matter of RICHARD ROHMAN et al. v. ROBERT E. HERMAN, as State Rent Administrator.  (C) LOUIS GREENBERG, INC., v. INSTANT HEAT & POWER CORP. et al.  (D) ARNOLD SCHILDHAUS v. NEW YORK WORLD-TELEGRAM CORPORATION.  (E) In the Matter of the Estate of ADELAIDE GRIGGS, Deceased, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs.